**Electronically Filed
Supreme Court
SCWC-17-0000432
28-JUN-2022
03:00 PM
Dkt. 14 OGAC**

SCWC-17-0000432

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FREDERICK NITTA, M.D.,
Respondent/Appellant-Appellant,

vs.

DEPARTMENT OF HUMAN SERVICES, STATE OF HAWAIʻI,
Petitioner/Appellee-Appellee,

and

CATHY BETTS, DIRECTOR,
Respondent/Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000432; CIVIL NO. 3CC16-1-0000297)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Wilson, and Eddins, JJ., and
Circuit Judge Kawamura, in place of Nakayama, J., recused)

Petitioner/Appellee-Appellee Department of Human Services,

State of Hawaiʻi's Application for Writ of Certiorari filed on

May 23, 2022 is hereby accepted and will be scheduled for oral

argument.  The parties will be notified by the appellate clerk

regarding scheduling.

DATED: Honolulu, Hawaiʻi, June 28, 2022.

/s/  Mark E. Recktenwald

/s/  Sabrina S. McKenna

/s/  Michael D. Wilson

/s/  Todd W. Eddins

/s/  Shirley M. Kawamura